**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Warren Jamal TURNER, a/k/a Bridges, Defendant—Appellant.**

No. 09–7429.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 18, 2009.

Warren Jamal Turner, Appellant Pro Se. Sherry L. Muncy, Office of the United States Attorney, Clarksburg, West Virginia, for Appellee.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Jamal Turner appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Turner,* No. 2:00–cr–00007–FPS–4 (N.D.W.Va. July 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*